IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND OWEN BONNER, JR.,<br><br>Defendant. | CR 24–57–M–DLC<br><br><br><br>ORDER |

In light of Defendant Raymond Owen Bonner, Jr.'s Motion to Change Plea (Doc. 51), IT IS ORDERED that the trial set for June 23, 2025 is VACATED.

DATED this 10th day of June, 2025.

_____
Dana L. Christensen, District Judge
United States District Court