IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–57–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND OWEN BONNER, JR., | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 65.) Defendant Raymond Owen Bonner, Jr. has been adjudged guilty as charged in Counts 1 and 2 of the Indictment and has admitted to its forfeiture allegation. (Doc. 67.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 2253(a).

Accordingly, IT IS ORDERED that the Motion (Doc. 65) is GRANTED.

IT IS FURTHER ORDERED that Bonner's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

- Samsung Tablet, IMEI: 354274902959876;

- Black Cell Phone; and

- Nokia Cell Phone.

IT IS FURTHER ORDERED that the FBI, the United States Marshals

1

Service and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 30th day of July, 2025.

_____
Dana L. Christensen, District Judge
United States District Court