IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–57–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND OWEN BONNER, JR., | |
| Defendant. | |

This matter comes before the Court on the United States of America's motion for final order of forfeiture. (Doc. 70.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A preliminary order of forfeiture was entered on July 30, 2025. (Doc. 68.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 69.)

4. It appears there is cause to issue a forfeiture under 18 U.S.C. § 2253(a). It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 70) is GRANTED.

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party, in the following property:

    • Samsung Tablet, IMEI: 354274902959876;

    • Black Cell Phone; and

    • Nokia Cell Phone.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 6th day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court